```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

TOMGAL LLC, ET AL.,

          Plaintiffs,      22-cv-9516 (JGK)

- against -                   ORDER

FRANCESCO CASTANO, ET AL.,

          Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to submit courtesy copies of all papers filed in connection with the fully briefed motion for a preliminary injunction.

SO ORDERED.

Dated:    New York, New York
           November 26, 2022

                                          John G. Koeltl
                                  United States District Judge