UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOMGAL LLC, ET AL.,

                Plaintiffs,

    - against -

FRANCESCO CASTANO, ET AL.,

                Defendants.

22-cv-9516 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs may file an amended complaint by **February 1, 2023**. The defendants may move or answer by **February 17, 2023**. If the defendants choose to file a motion to dismiss, the plaintiffs may respond by **March 3, 2023**. The plaintiffs may reply thereafter by **March 13, 2023**. No pre-motion conference is needed prior to the defendants' filing of any motions.

    If the defendants choose to answer, the parties are directed to submit a Rule 26(f) report by **March 3, 2023**.

    The parties should submit a status letter to the Court by **January 24, 2023**.

SO ORDERED.

Dated:    New York, New York
             January 19, 2023

                                            John G. Koeltl
                                   United States District Judge