UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOMGAL LLC, ET AL.,

             Plaintiffs,

- against -

FRANCESCO CASTANO, ET AL.,

             Defendants.

---

22-cv-9516 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a status report on the outcome of mediation by **July 24, 2023**.

SO ORDERED.

Dated:    New York, New York
            July 10, 2023

                                        John G. Koeltl
                                  United States District Judge