UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOMGAL LLC, ET AL.,

        Plaintiffs,

- against -

FRANCESCO CASTANO, ET AL.,

        Defendants.

22-cv-9516 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties were directed to submit a status report on the outcome of mediation by July 24, 2023. ECF No. 42. The time for the parties to submit the status report is extended to **August 8, 2023**. If the parties fail to submit the status report by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           August 1, 2023

                                        John G. Koeltl
                                  United States District Judge