```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

TOMGAL LLC, ET AL.,

          Plaintiffs,

- against -

FRANCESCO CASTANO, ET AL.,

          Defendants.

22-cv-9516 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

On October 23, 2024, and then again on October 30, 2024, the parties jointly advised the Court that the parties reached a settlement in principle. ECF Nos. 75, 77. On October 31, 2024, the Court ordered the parties to submit a status letter by November 30, 2024. ECF No. 78. No such status letter has been submitted to date.

The parties are directed to submit a status update by **January 24, 2025.** If the parties fail to submit a status update by that date, in view of the parties' prior letters advising that this case has been settled, this case will be discontinued with prejudice but without costs, with thirty (30) days provided from any such order of discontinuance for the plaintiffs to apply for restoration of this action to the calendar of the undersigned.

SO ORDERED.

Dated: New York, New York
      January 11, 2025

                                                John G. Koeltl
                                   United States District Judge